Matter of Lurie (2025 NY Slip Op 00514)

Matter of Lurie

2025 NY Slip Op 00514

Decided on January 30, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:January 30, 2025

PM-29-25
[*1]In the Matter of Richard Leonard Lurie, an Attorney. (Attorney Registration No. 2793958.)

Calendar Date:January 27, 2025

Before:Egan Jr., J.P., Aarons, Pritzker, Fisher and Mackey, JJ.

Richard Leonard Lurie, Bloomfield, New Jersey, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Richard Leonard Lurie was admitted to practice by this Court in 1997 and lists a business address in Bloomfield, New Jersey with the Office of Court Administration. Lurie now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Lurie's application.
Upon reading Lurie's affidavit sworn to December 6, 2024 and filed December 19, 2024, and upon reading the January 22, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Lurie is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Egan Jr., J.P., Aarons, Pritzker, Fisher and Mackey, JJ., concur.
ORDERED that Richard Leonard Lurie's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Richard Leonard Lurie's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Richard Leonard Lurie is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Lurie is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Richard Leonard Lurie shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.